**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MOLLICONE, JR.; and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP.; and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE SERVICE - UNITED STATES OF AMERICA,<br><br>Defendants. | 07 312 ML<br>Case No. ____________<br><br>(Formerly Case No. PC 07-3148 Providence County Superior Court) |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

TO: Karenann McLoughlin, Esquire
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, Rhode Island 02906

PLEASE TAKE NOTICE that the action styled *Edward A. Iannuccilli, et al. v. United States, et al.*, Case No. PCSC-07-3609, now pending in the Providence County Superior Court in the State of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against the United States, and 28 U.S.C. § 1444 as it purports to be an action to partition real property on which the United States has or claims a lien for unpaid taxes and for which soverin immunity is waived if at all, by 28 U.S.C.

2683082.2

§ 2410.

Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 17th day of August, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Karenann McLoughlin, Esquire
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, Rhode Island 02906