EXHIBIT A

BOOK 11 PAGE 284

**WARRANTY DEED**

**BAYSIDE MEDICAL CENTER COMPANY**, a General Partnership created and existing under the Laws of the State of Rhode Island, for consideration paid, grants to Joseph Molligona, Jr. Edward A. Iannuccilli and Joseph D. DiMase / 381 Atwells Avenue, Prov.

with WARRANTY COVENANTS

The following premises in BAYSIDE MEDICAL CENTER BUILDING CONDOMINIUM, in the City and County of Providence, State of Rhode Island, created by Declaration of Condominium, dated May 24, 1985, and recorded on May 24, 1985 at 4:01 p.m., in the Records of Land Evidence in the City of Providence, Rhode Island, as said Declaration may be amended of record, designated as Unit No. L01

Together with an undivided 5.0% percentage interest in the Common Elements of said Condominium appurtenant to said Unit and together with the rights and easements appurtenant to said Unit as set forth in the Declaration.

Said premises are conveyed subject to and with the benefit of the provisions of the Rhode Island General Laws 34-36.1 et seq., the Declaration of Condominium referred to above, and the Bylaws set forth therein as any or all of the above may be amended from time to time.

This conveyance is subject also to such taxes attributable to said Unit for the current calendar year as are not yet due and payable, all of which the Grantee(s), by acceptance hereof agree(s) to comply with, perform, assume and pay.

Further, by acceptance hereof, the Grantee(s), for themselves and their heirs, executors, administrators, successors and assigns, hereby (a) expressly acknowledge and agree that the Grantor, as Declarant under the Declaration of Condominium, has reserved to itself and shall have the rights and easements set forth in the Declaration; and (b) covenant and agree to pay all amounts duly assessed to them pursuant to provisions of the Declaration of Condominium.

10/30 Rhode Island Division of Taxation Realty Transfer Tax OCT 30 '85 530.20

WITNESS this 24th day of May, 1985, said Partnership has caused these Presents to be executed by its Officer(s) duly authorized.

BAYSIDE MEDICAL CENTER COMPANY

BY: Edward G. Iannuccilli
Edward Iannuccilli, Gen. Partner

BY: Joseph A. DiMase
Joseph DiMase, Gen. Partner

BY: Joseph Mollicone
Joseph Mollicone, Gen. Partner

STATE OF RHODE ISLAND
COUNTY OF

In Providence, RI on the 24th day of May, 1985, before me personally appeared Edward Iannuccilli, Joseph DiMase, and Joseph Mollicone, General Partners of BAYSIDE MEDICAL CENTER COMPANY, to me known and known by me to be the parties executing the foregoing instrument for and on behalf of said partnership, and acknowledged said instrument, by them executed, to be their free act and deed, in their said capacities and the free act and deed of said partnership.

Diana C Dumin
Notary Public
DIANA C. DUMIN
my term expires
6/30/86

Received for Record at 3 o'clock 31 min. P m

OCT 30 1985 Robert Z. Ricci Recorder of Deeds

EXHIBIT B

2322|293

I, JOSEPH MOLLICONE, JR., of Providence, Rhode Island, for consideration paid, grant all my right, title and interest, in and to the real estate, with any buildings or improvements thereon, hereinafter described, to Joseph Mollicone, Jr. and Joyce Mollicone, both of 145 Blackstone Blvd., Providence, Rhode Island, as TENANTS BY THE ENTIRETY, and not as tenants in common

with QUIT-CLAIM COVENANTS

(Description, and incumbrances, if any)

The following premises in BAYSIDE MEDICAL CENTER BUILDING CONDOMINIUM, in Providence, State of Rhode Island, created by Declaration of Condominium, dated, May 24, 1985 and recorded May 24, 1985 at 4:01 P.M. in the Records of Land Evidence in Providence, Rhode Island, as said Declaration may be amended, as Unit No. LL01

Together with an undivided 5.0 percentage interest in the Common Elements of said Condominium appurtenant to said Unit and together with the rights and easements appurtenant to said Unit as set forth therein as any or all of the above may be amended from time to time.

This conveyance is subject also to such taxes attributable to said Unit for the current calendar year as are not yet due and payable, all of which the Grantee(s), by acceptance hereof agree(s) to comply with, perform, assume and pay.

Further, by acceptance hereof, the Grantee(s), for themselves and their heirs, executors, administrators, successors and assigns, hereby (a) expressly acknowledge and agree that the Grantor, as Declarant under the Declaration of Condominium, has reserved to itself and shall have the rights and easements set forth in the Declaration; and (b) covenant and agree to pay all amounts duly assessed to them pursuant to provisions of the Declaration of Condominium.

The consideration for this transfer is such that no tax stamps are required.

Witness ______ hand ______ this ______ 5 day of November 19 86

[signature]

PRINT OR TYPE: NAME OF GRANTOR

PRINT OR TYPE: NAME OF GRANTOR

State of Rhode Island, Etc.
COUNTY OF Newport

In Newport on the 5 day of November, 19 86
before me personally appeared Joseph Mollicone Jr.

to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed.

Mr. & Mrs. Joseph Mollicone Jr.
145 Blackstone Blvd. Prov. R.I.
PRINT OR TYPE: NAME AND ADDRESS OF GRANTEE

[signature]
Notary Public

Albert A. DiFiore, Notary Public
My Commission Expires June 30, 1991

Rec'd for Record at 10 o'clock 25 min A M
1986 Robert T. Rossi Recorder of Deeds

BK4143PG315

**CORRECTIVE DEED**

**WHEREAS**, by Warranty Deed dated May 24, 1985 and recorded October 30, 1985 in the Providence Records of Land Evidence (the "Providence Records") in Condominium Book 11, at Page 284, **BAYSIDE MEDICAL CENTER COMPANY** ("Grantor") granted to **JOSEPH MOLLICONE, JR., EDWARD A. IANNUCCILLI** and **JOSEPH D. DIMASE**, Unit Number 101 (the "Unit") in **BAYSIDE MEDICAL CENTER BUILDING CONDOMINIUM** (the "Condominium"), Providence, Rhode Island, created by Declaration of Condominium dated May 24, 1985 and recorded May 24, 1985 in the Providence Records (the "Declaration");

**WHEREAS**, Joseph Mollicone conveyed his interest in the Unit to Joseph Mollicone, Jr. and Joyce Mollicone, as Tenants by the Entireties, by Deed recorded in Book 2322, at Page 293 of the Providence Records;

**WHEREAS**, Section 5.1(a) of the Declaration provides that only one unit in the Building (defined in the Declaration) may be used as a clinical laboratory;

**WHEREAS**, the Unit has been continuously used a clinical laboratory; and

**WHEREAS**, Grantor wishes to confirm the designation of the Unit as the unit to be used as a clinical laboratory;

**THEREFORE**, for consideration received, Grantor hereby confirms that the Unit was, has been and is designated as the single unit to

95-109 #101A

BK4143PG316

be used for clinical laboratory purposes as provided in the Declaration.

The consideration for this instrument is such that no documentary stamps are required.

IN WITNESS WHEREOF, Grantor has executed this instrument on July 7th, 1999 intending it to be effective as of May 24, 1988.

BAYSIDE MEDICAL CENTER COMPANY

By: [signature]
Edward A. Iannuccilli
General Partner

By: [signature]
Joseph D. DiMase
General Partner

STATE OF RHODE ISLAND
COUNTY OF Providence

In Providence on this 7th day of July, 1999, before me personally appeared the above named Edward A. Iannuccilli, General Partner of Bayside Medical Center Company, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed in said capacity, and the free act and deed of said partnership.

[signature: Sandra L. Hopkins]
Notary Public
My Commission Expires: August 7, 2001

BK4143PG317

STATE OF RHODE ISLAND
COUNTY OF Providence

In Providence on this 7th day of July, 1999, before me personally appeared the above named Joseph D. DiMase, General Partner of Bayside Medical Center Company, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed in said capacity, and the free act and deed of said partnership.

[signature]
Notary Public
My Commission Expires: August 7, 2001

[illegible]\conservative deed3

After recording please return to:

Joseph F. Whinery, Jr.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Received for Record at 8 o'clock 33 min A m
JUL 28 1999
Recorder of Deeds
Robert L. Ricci

EXHIBIT C

BOOK 11 PAGE 286

286

# MORTGAGE
## AND
## ASSIGNMENT OF RENTS
## (Multifamily)

THIS MORTGAGE is made this 30 day of October, 1985, between the Grantor, Joseph Mollicone, Jr., Edward A. Iannuccilli and Joseph DiMase (herein "Borrower"), and the Mortgagee, EASTLAND SAVINGS BANK, a corporation organized and existing under the laws of Rhode Island, whose address is 25 Cummings Way, Woonsocket, Rhode Island 02895 (herein "Lender").

WHEREAS, Borrower is indebted to Lender in the principal sum of One Hundred Ninety-Two Thousand Five Hundred ($192,500) Dollars, which indebtedness is evidenced by Borrower's note of even date herewith (herein "Note"), providing for monthly installments of principal and interest, with the balance of the indebtedness, if not sooner paid, due and payable on Dec. 1, 2005;

TO SECURE to Lender (a) the repayment of the indebtedness evidenced by the Note, with interest thereon, and all renewals, extensions and modifications thereof; (b) the performance of the covenants and agreements of Borrower contained in a Construction Loan Agreement between Lender and Borrower dated ............, 19......, (herein "Loan Agreement"), if any, as provided in paragraph 24 hereof; (c) the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Mortgage; and (d) the performance of the covenants and agreements of Borrower herein contained, Borrower does hereby mortgage, grant, convey and assign to Lender, with power of sale, [the leasehold estate pursuant to a lease (herein "ground lease") dated ............, between ............ and ............, recorded in ............ in and to*] the following described property located in the County of Providence, State of Rhode Island:

* Delete bracketed material if not completed.

The following premises in BAYSIDE MEDICAL CENTER BUILDING CONDOMINIUM, in the City and County of Providence, State of Rhode Island, created by Declaration of Condominium, dated May 24, 1985, and recorded on May 24, 1984 at 4:01 P.M., in the Records of Land Evidence in the City of Providence, Rhode Island, as said Declaration may be amended of record, designated as Unit No. L01.

Together with an undivided 5 percentage interest in the Common Elements of said Condominium appurtenant to said Unit and together with the rights and easements appurtenant to said Unit as set forth in the Declaration.

Said premises are conveyed subject to and with the benefit of the provisions of the Rhode Island General Laws 34-36.1 et seq., the Declaration of Condominium referred to above, and the Bylaws set forth therein as any or all of the above may be amended from time to time.

BK4740PG308

SBO: 30270664
FNB#: 5635908378

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, FLEET NATIONAL BANK, a National Banking Association, whose address is 100 Federal Street, Boston, MA 02110, (assignor), by these presents does convey, grant, sell, assign, transfer and set over the described mortgage together with the certain note(s) described therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to SOVEREIGN BANK, a Federal Savings Bank, whose address is 1130 Berkshire Blvd., Wyomissing, PA 19610, its successors or assigns, (assignee).
Said mortgage made by
JOSEPH MOLLICONE JR & EDWARD A IANNUCCILLI & JOSEPH DIMASE
to EASTLAND SAVINGS BANK
and recorded in the Land Evidence Records of (CITY/COUNTY)
PROVIDENCE / Rhode Island, in Volume CB11
page 286
IN WITNESS WHEREOF,
FLEET NATIONAL BANK FKA FLEET NATIONAL BANK OF CONNECTICUT
ASSIGNEE OF FDIC RECEIVER FOR EASTLAND SAVINGS BANK
have set their hand and seal this 21st day of May, 2001

By: ______________________ (seal)
Urban Roman
Officer

FLEET NATIONAL BANK FOUNDED 1784

Signed, sealed and delivered in the presence of:

______________________
K. Wilson Witness

State of CALIFORNIA
County of LOS ANGELES

On this 21st day of May, 2001 then personally appeared Urban Roman, the Officer of FLEET NATIONAL BANK FKA FLEET NATIONAL BANK OF CONNECTICUT ASSIGNEE OF FDIC RECEIVER FOR EASTLAND SAVINGS BANK to me known and known by me to be the party who executed the foregoing instrument, and they acknowledge the same to be their free act and deed.

______________________
M. Carlbert
Notary Public

M CARLBERT

Document Prepared By:
D.Colon/NTC,101 N. Brand #1800, Glendale, CA 91203 (800)346-9152
When Recorded Return To:
Nationwide Title Clearing
101 N. Brand #1800
Glendale, CA 91203

SOVEA EE 719EE

PROVIDENCE, RI
RECEIVED FOR RECORD
2001 JUN 20 P 2 27
BARBARA A. TRONCY
ACTING RECORDER OF DEEDS

EXHIBIT D

04480

BK6936PG0216

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## EXECUTION - GOODS, CHATTELS AND REAL ESTATE

Alias SUPERIOR COURT

☒ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

| | |
|---|---|
| R.I. Depositors Economic Protection Corp. VS. Joseph Mollicone, Jr. alias | CASE NO. PC 90-8824<br>RECEIPT NO. 100996 |

To the Sheriffs of our several Counties or to their Deputies, or Constables:

WHEREAS, R.I. Depositors Economic Protection Corporation (plaintiff name) of (address) by the consideration of the SUPERIOR COURT at Providence (city/town) did on September 3, 1991 (date) recover judgement against Joseph Mollicone, Jr. (defendant name) of (address) for the sum of $ 91,856,863.85 debt/damages, $ inclusive in interest, $ inclusive in attorney fees, and $ inclusive (balance due) as cost of suit, as appears of record, for a total amount of $ 91,856,863.85 whereof execution remains to be done.

We command you, therefore, that of the goods and chattels and real estate of the said Defendant, including those on the attached addendum

* and especially the personal estate of the Defendant in the hands or possession of ____ (trustee name) charged as trustee of the defendant ☐ by the default of said trustee to file an affidavit in the above action (or, filed.) ☐ to the extent of $ ____

12/7/01 Vincent Bonfield [illegible]

within your precinct, you cause to be levied and paid to the said plaintiff the aforesaid sums, being in total $ 91,856,863.85 with a fee of $ 20.00 more for writ and your own fees.

Make true return of this writ with your recordings thereon to our Superior Court at Providence (city/town) for the above County on December 3, 2002 (return date)

NICHOLAS BARRETT & ASSOCIATES
P.O. BOX 14309
EAST PROVIDENCE, RI 02914

Witness, the seal of our Superior Court.

Lou O'Brien, Deputy Clerk

December 3, 2001 (date issued)

SR-18 (REV 6/99)

BK4936PG0217

**Addendum to Execution (Alias)**
**Re: PC 90-8564**

Attach all of the debtor's interest in and to any and all real property located in the City of Providence, State of Rhode Island, including, but not limited to, all right, title and interest of Joseph Mollicone Jr. in and to Capital Development Associates, a Rhode Island general partnership (now known as Civic Center Parking Associates, LLC), including, without limitation, all interest in or right to proceeds from the sale of any partnership asset (including without limitation the property located at 191 Washington Street, Providence, Rhode Island), all interest in and/or right to share in partnership profits, all interest in and/or right to share in partnership surplus, all interest in and/or right to dividends and all beneficial interest(s) of any type or kind whatsoever.

**Property Address: 191 Washington Street, Providence, Rhode Island 02903**
**Plat: 25**
**Lot: 443**

PROVIDENCE, RI
RECEIVED FOR RECORD
[illegible] DEC -7 P 12:21
BARBARA A. TROFFY
ACTING RECORDER OF DEEDS

Barbara A. Troffy

EXHIBIT E

STATE OF RHODE ISLAND
PROVIDENCE & BRISTOL, SC.

DISTRICT COURT
SIXTH DIVISION

BK1936PG0218

| | | |
|---|---|---|
| RUMFORD CREDIT SERVICES, 160 TAUNTON AVENUE EAST PROVIDENCE, RI 02914 | JOSEPH MOLLICONE, JR ACI POB 8249 CRANSTON, RI 02920 | 96-8668 |

TO THE SHERIFF, HIS DEPUTIES, OR THE CONSTABLES, IN THE COUNTIES OF PROVIDENCE & BRISTOL.
*Greeting:*

## EXECUTION

Whereas, the above-named plaintiff, did, at the Sixth Division, did on the 4 day of February 1997 recover judgment of said court against the above-named defendant, of ______ for the sum of $ 698.73 dollars, damages, and costs taxed at the sum of $ 90.00, which sums, in the whole, amount to $ 788.73, dollars, for which execution remains to be done: *We command you*, therefore, that of the goods and chattels and real estate of the said defendant, alias, within your precinct, you cause to be levied and paid unto the plaintiff the sum of $ 788.73 dollars, and therefore also satisfy your own fees.

Arrangement 12/7/01 [illegible]

Execution unsatisfied, JOSEPH MOLLICONE, JR debtor must appear in court.

## CITATION IN SUPPLEMENTARY PROCEEDINGS

The above execution being unsatisfied, you are hereby required to notify said JOSEPH MOLLICONE, J to appear in person before said court holden at Sixth Division District Court, One Dorrance Plaza, Providence (Courtroom 4A) on ______ at ______ to show cause why an examination into his/her circumstances should not be made and an order entered ordering him/her to pay said judgment in full or by instalments.

*Notify* JOSEPH MOLLICONE, JR *that if he/she fails to appear, he/she shall be subject to arrest!*

HEREOF FAIL NOT, AND MAKE TRUE RETURN OF THIS WRIT AND CITATION AND YOUR DOINGS THEREON.

WITNESS, THE SEAL OF THE SIXTH DIVISION DISTRICT COURT, THIS 04 DAY OF October, 2001

PLAINTIFF'S ATTORNEY: NICHOLAS BARRETT & ASSOCIATES
P.O. BOX 14309, EAST PROVIDENCE, RI 02914
401-438-9000

SEAL I AM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CLERK

USE REVERSE SIDE FOR RETURN OF SERVICE

RECORDERS NOTE
POOR ORIGINAL
FOR DUPLICATING

BK4936PG0219

## EXHIBIT A

Levy all the right, title and interest of the within named defendant(s), Joseph McIlvaine Jr. in and to any and all real property which said defendant(s) has any interest in, located in the town or city served by this registry of deeds, including BUT NOT LIMITED TO those certain lots or parcels of land with all the buildings and improvements thereon, laid out and designated as Assessor's Plat 25 and Lot 443 recorded in the office of the Tax Assessor for the City/Town of Providence, County of Providence, STATE OF RHODE ISLAND having an address of 191 Washington St. Providence, RI 02903

RECORDERS NOTE
POOR ORIGINAL
FOR DUPLICATING

PROVIDENCE, RI
RECEIVED FOR RECORD
2001 DEC -7 P 12:20
BARBARA A. TRONCY
ACTING RECORDER OF DEEDS

Barbara A. Troncy

PAGE 05/21
US ATTORNEY CIVIL
08/10/2007 12:07 4017095017 RONALD MARKOFF 453 P02 MAY 11 '99 08:05

EXHIBIT F

BK3922PG320

Form 668 (Y)(c) (Rev. August 1997)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| CT-RI | 49806130 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JOSEPH MOLLICONE JR

Residence PO BOX 8274 CRANSTON, RI 02920

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1989 | 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 | 02/09/1998 | 03/10/2008 | 2586253.08 |
| 1040 | 12/31/1990 | 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 | 02/09/1998 | 03/10/2008 | 2219824.40 |

Place of Filing: RECORDER OF DEEDS PROVIDENCE CITY HALL PROVIDENCE, RI 02903

Total $ 4806077.48

This notice was prepared and signed at Hartford, CT, on this, the 16th day of October, 1998.

Signature: [signature] for DOMINIC CAMBRA

Title: Revenue Officer 06-01-3404 (401) 823-1392

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept by Recording Office

Form 668(Y)(c) (Rev. 8-97) CAT. NO 60025X

Received for Record at ... Recorder of Deeds

OCT 22 1998

10/22/98 @ 9:17

EXHIBIT G

BK3922PG321

Form 668 (Y) (c) 500
(Rev. August 1997)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

District: CT-RI
Serial Number: 69856148

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: JOSEPH MOLLICONE JR

Residence: PO BOX 8274
CRANSTON, RI 02920

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1986 | 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N | 02/09/1998 | 03/10/2008 | 5333609.12 |
| 1040 | 12/31/1987 | 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N | 02/09/1998 | 03/10/2008 | 3798027.[illegible] |
| 1040 | 12/31/1988 | 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N | 02/09/1998 | 03/10/2008 | 2971427.[illegible] |

Place of Filing: RECORDER OF DEEDS
PROVIDENCE CITY HALL
PROVIDENCE, RI 02903

Total $ 12103064.10

This notice was prepared and signed at Hartford, CT, on this,

the 16th day of October, 1998.

Signature: [signature] for DOMINIC CABRERA

Title: Revenue Officer 06-01-3406
(401) 528-1393

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept by Recording Office

Form 668(Y)(c) (Rev. 8-97)

Received for Record [illegible]

10/21/98 @ 9:18

[signature] Robert J. Rizzo

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

RECEIVED
U.S. ATTORNEY
DISTRICT OF RI
2007 JUL 19 A 11:03

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 07-3609

Joseph DiMase
Edward Iannuccilli
Plaintiff

United States of America - Internal Revenue Service
Defendant

## *Summons*

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Attorney Karenann McLoughlin, Law Office of Ronald Markoff, Plaintiff's attorney, whose address is 144 Medway Street, Providence, RI 02906 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 7/17/2007

(Seal of the Superior Court)