**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE,<br><br>Plaintiff,<br>v.<br><br>JOSEPH MOLLICONE, JR.; and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP.; and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE SERVICE - UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No. 07-312ML |

DEFENDANT'S REQUEST FOR ENLARGEMENT
OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, the United States of America, requests an extension of time to file an answer to September 17, 2007. The above-titled action was removed to this Court from the Providence County Superior Court by a Notice of Removal filed on August 17, 2007. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses, and the governing time period may be as short as five days after removal.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter orders enlarging the time in which certain acts are required to be done or may be done. Accordingly, pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure

the United States requests the entry of an order enlarging, to and including September 17, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

In support of this request,[1/] the United States, by its undersigned attorney, represents that enlargement is needed to investigate the allegations in the complaint in order to prepare a meaningful response to the allegations of the several paragraphs of the complaint.[2/]

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov

---

[1/] The defendant seeks this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or without motion,." i.e.,* by a timely "request." In contrast, an enlargement sought "*after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."* Thus, this timely request is properly distinguished from a motion, and, the United States submits, is exempt from any separate memorandum requirement.

[2/] The United States and federal officers or employees are ordinarily afforded sixty days after service of a summons and complaint upon them to serve an answer or otherwise to defend in a civil action (*see, e.g.*, Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b)). The enlargement requested here is consistent with the period provided by Section 2410(b).

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, I electronically filed the foregoing document, with proposed Order, with the Clerk of the District Court using its CM/ECF system, which will send notification of such filing(s) to the following:

NONE

and I hereby further certify that I caused the foregoing document, with proposed Order, to be mailed, on August 22, 2007 by the United States Postal Services to the following non-registered participants:

Karenann McLoughlin, Esquire
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, Rhode Island 02906

/s/ Wendy J. Kisch

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov