**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MOLLICONE, JR.; and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP.; and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE SERVICE - UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No.07-cv-312-ML |

ORDER ENLARGING TIME OF UNITED STATES
TO SERVE RESPONSE TO COMPLAINT

The above-titled matter is before the Court upon the request of the defendant, the United States of America, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including September 19, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action. And the Court, being fully advised in the premises, and having determined that the requisite cause for enlargement of time has been shown,

IT IS ORDERED that the defendant, United States of America, shall have to and including September 19, 2007, to serve its answer, motion, or other such response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

DONE and ORDERED at Providence, Rhode Island this 22nd day of August, 2007.

Mary M. Lisi
UNITED STATES DISTRICT JUDGE

2683084.1