**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE,<br><br>Plaintiff,<br>v.<br><br>JOSEPH MOLLICONE, JR.; and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP.; and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE SERVICE - UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No. 07-312-ML |

**UNITED STATES OF AMERICA'S ANSWER**

Defendant United States of America, improperly named and sued as "Internal Revenue Service-United States of America," denies each and every allegation that is not specifically admitted below and otherwise submits the following answer to plaintiff's complaint, responding to the preamble and each numbered paragraph as follows:

Preamble: The United States admits that the plaintiffs brought this action against the named defendants, but lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding their residency and denies that the listed defendants are the only defendants against which this action was brought.

1. The United States denies that Joseph Mollicone, Jr. and Joyce Mollicone are residents of the City of Providence. The United States asserts that its records indicate that they are residents of Warwick, Rhode Island, which is in Kent County.

2. The United States admits that Exhibit A is attached to the complaint and admits that the description of the property in this paragraph is a summary of Exhibit A, but denies that the description in this paragraph is a complete description as set forth in Exhibit A. The United States also admits that Bayside Medical Center Company transferred the property described in this paragraph into the names of the plaintiffs and defendant, Joseph Mollicone, Jr. by deed dated May 24, 1985 and recorded October 30, 1985 in Book 11 at Page 284, with the Providence Recorder of Deeds. The United States lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2.

3. The United States admits that Exhibit B is attached to the complaint and that the deed dated November 5, 1996 and recorded in Book 2322 at page 293 with the Providence Recorder of Deeds purports to convey Joseph Mollicone, Jr.'s interest to Joseph Mollicone, Jr. and Joyce Mollicone as tenants by the entirety, but lacks knowledge as to the remaining allegations in Paragraph 3.

4. The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 4.

5. The United States admits that Exhibit C, attached to the Complaint, purports to be a mortgage granted by Plaintiffs and Defendant, Joseph Mollicone, Jr., to secure a debt in the original amount of $192,500, recorded and assigned, as stated. The United States denies that Exhibit C contains an assignment of rents. The United States currently lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 5.

6. The United States admits that it filed a notice of federal tax lien against the property of Joseph Mollicone, Jr. with the Providence Recorder of Deeds on October 22, 1998, in

Book 3922 and Page 320, a copy of which was attached as Exhibit F to the complaint. The United States denies the remainder of the allegations in Paragraph 6. By way of further answer, the United States asserts that a notice of federal tax lien was filed against all property of Joseph Mollicone, Jr., including his interest in the property at issue in this case, in the amount of $4,805,077.68, plus accrued additions, with an IRS serial number of 69856138.

7. The United States admits that it filed a notice of federal tax lien against the property of Joseph Mollicone Jr. with the Providence Recorder of Deeds on October 22, 1998, in Book 3922 and Page 321, a copy of which was attached as Exhibit G to the complaint. The United States denies the remainder of the allegations in Paragraph 7. By way of further answer, the United States asserts that a notice of federal tax lien was filed against all property of Joseph Mollicone, Jr., including his interest in the property at issue in this case, in the amount of $12,103,064.10, plus accrued additions, with an IRS serial number of 69856140.

8. The United States currently lacks knowledge or information sufficient to form a belief as to whether the execution described in Paragraph 8 was levied against said premises described in Paragraph 2, and lacks knowledge as to whether the execution is still valid. The United States admits the remainder of the allegations in Paragraph 8.

9. The United States currently lacks knowledge or information sufficient to form a belief as to truth of the allegations as set forth in Paragraph 9.

10. The United States admits that the Plaintiffs aver as stated, but currently lacks knowledge or information sufficient to form a belief as to whether the United States agrees with the allegations in Paragraph 10.

11. Admits.

12. The United States currently lacks knowledge or information sufficient to form a belief as to allegations as set forth in Paragraph 12.

WHEREFORE, the United States respectfully requests that this Court:

A. Determine that the United States holds valid federal tax liens on all property and rights to property of Joseph Mollicone, Jr., including his interest in the property at issue and proceeds from any sale of such property;

B. Determine the value or percentage ownership of Joseph Mollicone Jr.'s interest in the property at issue;

C. Determine the priority of the competing liens and distribute the proceeds of any sale accordingly; and

D. Order such other and further relief as the Court deems just and proper.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Wendy J. Kisch

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2007, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following:

NONE

and I hereby further certify that on the same date, I caused the foregoing documents to be mailed, by the United States Postal Services to the following non-registered participants:

Karenann McLoughlin, Esquire
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, Rhode Island 02906

s/ *Wendy J. Kisch*

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov