UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and<br>JOSEPH DIMASE<br>Plaintiff,<br>v.<br><br>JOSEPH MOLLICONE, JR., and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP., and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE UNITED STATES OF AMERICA<br>Defendant | ) | C.A. NO: 07-312ML |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

I hereby enter my appearance as counsel for Defendant, United States of America, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

<u>/s/ Richard B. Myrus</u>
RICHARD B. MYRUS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: richard.myrus@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of September, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Karenann McLoughlin, Esq.
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, RI 02906

/s/ Richard B. Myrus
RICHARD B. MYRUS