UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE<br>Plaintiff,<br>v.<br><br>JOSEPH MOLLICONE, JR., and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP., and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE UNITED STATES OF AMERICA<br>Defendant | ) | C.A. NO: 07-312ML |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance as counsel for Defendant, United States of America, in the above matter.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of September, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Karenann McLoughlin, Esq.
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, RI 02906

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division