**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE, | ) | |
| | ) | Case No. 07-312-ML |
| Plaintiff, | ) | Honorable Mary M. Lisi |
| v. | ) | Referral Judge: Honorable David |
| | ) | L. Martin |
| JOSEPH MOLLICONE, JR.; and | ) | |
| JOYCE MOLLICONE; and SOVEREIGN | ) | |
| BANK and RHODE ISLAND | ) | |
| DEPOSITOR'S ECONOMIC PROTECTION | ) | |
| CORP.; and RUMFORD CREDIT SERVICES; | ) | |
| and INTERNAL REVENUE SERVICE - | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF WITHDRAWAL**

I hereby withdraw my appearance as counsel for the United States of America in the above-referenced proceeding.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Wendy J. Kisch

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing NOTICE OF WITHDRAWAL has been made by filing it with the Clerk of Court using the ECF system, this 2nd day of October, 2007. There are no parties that require conventional service.

/s/ Wendy J. Kisch

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553