**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and JOSEPH DIMASE, | ) | Case No. 07-312-ML |
| Plaintiff, | ) | Honorable Mary M. Lisi |
| v. | ) | Referral Judge: Honorable David L. Martin |
| JOSEPH MOLLICONE, JR.; and JOYCE MOLLICONE; and SOVEREIGN BANK and RHODE ISLAND DEPOSITOR'S ECONOMIC PROTECTION CORP.; and RUMFORD CREDIT SERVICES; and INTERNAL REVENUE SERVICE - UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James E. Brown appears as lead attorney of record for the United States in the above-captioned proceeding, succeeding Wendy J. Kisch. The undersigned certifies that he is familiar with the above-captioned case, and will be fully prepared to address any matters pending in the case, including trial, without delaying the case.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
Email: James.E.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing NOTICE OF APPEARANCE has been made by filing it with the Clerk of Court using the ECF system, this 2nd day of October, 2007. There are no parties that require conventional service.

*/s/ James E. Brown*

JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
Email: James.E.Brown2@usdoj.gov