AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

IANNUCCILLI AND DIMAIO

v.

MOLLICONE ET AL

APPEARANCE

CASE NUMBER: 07-312 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ED IANNUCCILLI AND JOSEPH DIMAIO

I certify that I am admitted to practice in this court.

4-15-08
*Date*

[signature]
*Signature*

RONALD CMARKOFF 1660
*Print Name* *Bar Number*

144 MEDWAY ST
*Address*

PROVIDENCE RI 02903
*City* *State* *Zip Code*

272-9330 751-4942
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.