AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Iannuccilli

APPEARANCE

v.

Mollicone

CASE NUMBER: 07-312 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joyce Heimbecker (Mollicone)

I certify that I am admitted to practice in this court.

4/15/08
*Date*

[signature]
*Signature*

Katherine J. McAllister 7294
*Print Name* *Bar Number*

362 Broadway
*Address*

Providence RI 02909
*City* *State* *Zip Code*

(401)453-2300 (401)453-2345
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.