UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD A. IANNUCCILLI and<br>JOSEPH DIMASE,<br><br>Plaintiff<br>v.<br><br>JOSEPH MOLLICONE, JR.; and<br>JOYCE MOLLICONE; and SOVEREIGN<br>BANK and RHODE ISLAND DEPOSITOR'S<br>ECONOMIC PROTECTION CORP.; and<br>RUMFORD CREDIT SERVICES; and<br>INTERNAL REVENUE SERVICE -<br>UNITED STATES OF AMERICA<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-312-ML |

ANSWER OF JOYCE MOLLICONE, a/k/a Joyce Heimbecker

1. Denied with respect to Joyce Heimbecker's residence being in the City of Providence, RI. The remaining allegation in Paragraph 1 of the Complaint contain allegations of fact that are outside of the personal knowledge of the Defendant Joyce Heimbecker and are therefore denied.

2. Allegations are not directed to this Defendant. Accordingly, no answer is required.

3. Admitted that the Defendand Joseph Mollicone, Jr. conveyed his one-third interest to Joseph Mollicone, Jr. and Joyce Mollicone as Joint Tenants by the Entirety and recorded the deed in Book 2322 at page 293. Defendant, Joyce Heimbecker, lacks information sufficient to affirm the date of the deed as the copy attached to the Complaint is unclear as to whether the conveyance occurred in 1996 or 1990.

4. The allegations in Paragraph 4 of the Complaint contain allegations of fact that are outside of the personal knowledge of the Defendant Joyce Heimbecker and therefore cannot be admitted nor denied by this defendant.

5. Allegations are not directed to this Defendant. Accordingly, no answer is required.

6. Allegations are not directed to this Defendant. Accordingly, no answer is required.

7. Allegations are not directed to this Defendant. Accordingly, no answer is required.

8. Allegations are not directed to this Defendant. Accordingly, no answer is required.

9. Allegations are not directed to this Defendant. Accordingly, no answer is required.

10. No answer required insofar as this Paragraph of the Complaint does not make a factual allegation that can be admitted or denied as it concerns an allegation concerning the intent of the Plaintiff in initiating this litigation. Otherwise, denied.

11. No answer required insofar as this Paragraph of the Complaint does not make a factual allegation that can be admitted or denied as it concerns an allegation concerning the intent of the Plaintiff in initiating this litigation. Otherwise, denied.

12. The allegations in Paragraph 12 of the Complaint contain allegations of fact that are outside of the personal knowledge of the Defendant Joyce Heimbecker and therefore cannot be admitted nor denied by this defendant.

WHEREFORE, Defendant, Joyce Heimbecker, requests this Court:

A. Determine that the Defendant, Joyce Heimbecker, holds a valid one sixth (1/6) interest in the subject property;

B. That Plaintiff's Complaint be denied and dismissed as against the Defendant Joyce Heimbecker;

C. That judgment be entered in her favor; and

D. Further requests that the Court award her costs and such other relief as the Court deems appropriate.

Defendant Joyce Heimbecker,
By her Attorney,

_/s/ Katherine J. McAllister___________
Katherine J. McAllister, Esq., #7294
Brennan, Recupero, Cascione, Scungio
& McAllister, LLP
362 Broadway
Providence, RI 02909
(401)453-2300; fax: (401) 453-2345
E-mail: kjmcallister@brcsm.com

Dated: April 16, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system, which will send notification of such filing to the following:

James E Brown
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
202-307-6053
Email: James.E.Brown2@usdoj.gov

Richard Myrus
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
709-5000
Email: Richard.Myrus@USDOJ.gov

And I hereby further certify that on the same date, I caused the foregoing documents to be mailed, by the United States Postal Services to the following non-registered participants:

Ronald C. Markoff
Law Offices of Ronald C. Markoff
144 Medway Street
Providence, RI 02906

Karenann McLoughlin
Law Offices of Ronald C. Markoff
144 Medway St.
Providence, RI 02906

_/s/ Katherine J. McAllister_______________

Katherine J. McAllister, Esq.
Brennan, Recupero, Cascione, Scungio
& McAllister, LLP
362 Broadway
Providence, RI 02909
(401)453-2300; fax: (401) 453-2345
E-mail: kjmcallister@brcsm.com